UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : 3:23-CR-149-2 |
| DAMIEN BOLAND, | : |
| Defendant | : |

**PLEA**

*FILED WILKES-BARRE  PER____ JUN 13 2023  DEPUTY CLERK*

AND NOW, this 13th day of June, 2023, the within named Defendant, DAMIEN BOLAND, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant