IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-149-2 |
| | : | |
| v. | : | |
| | : | Magistrate Judge Saporito |
| DAMIEN BOLAND, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 13th day of June, 2023, pursuant to the Due Process Protections Act, **IT IS HEREBY ORDERED THAT:**

1. The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v United States,* 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses.

2. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

*[signature]*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge