IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DOMBEK, et. al., | : | JUDGE MANNION |
| | : | |
| Defendants. | : | |
| | : | ELECTRONICALLY FILED |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendant Alfred Atsus ONLY in the above-captioned matter.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey (PA ID 50626)

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date: June 16, 2023

## CERTIFICATE OF SERVICE

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served upon the following counsel of record via the Court's ECF system on this 16th day of June 2023:

James Buchanan, Esquire
United States Attorney's Office
235 North Washington Avenue
Suite 311
Scranton, PA 18501

Matthew L. Clemente, Esquire
Matthew L. Clemente, Attorney at Law
88 North Franklin Street, 2nd Floor
Wilkes Barre, PA 18640

Jason J. Mattioli, Esquire
The Mattioli Law Firm
425 Biden Street, Suite 300
Scranton, PA 18503

/s/ Patrick A. Casey