**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**          :

      **v.**          :          **3:23-CR-149**

**DAMIEN BOLAND (2)**          :
**ALFRED ATSUS (3)**
**JOSEPH ATSUS (4)**          :

      **Defendants**          :

## O R D E R

Presently before the court are two (2) separate Motions to Continue Deadlines to file Pretrial Motions, Jury Selection and Trial. (Docs. 41 and 42). The Motions are **GRANTED in part** as to the Defendants listed above.

The parties shall have until **September 11, 2023** to file any Pretrial Motions and Motions *in Limine* in this case.

Final Pretrial Conference is scheduled to occur on **Tuesday, October 10, 2023 at 10:30 a.m.** with Jury Selection and Trial to commence on **Monday, October 30, 2023 at 9:30 a.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3.

The court finds that this continuance of time outweighs the best interests of the public and the defendant in a speedy trial, and that the

appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C.

§3161(h)(6) and (7)(A).

*s/Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated: June 28, 2023**

23-149-03