IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No. 23-CR-149
:
Alfred & Joseph Atsus, Damien Boland, Nicholas Dombek :
DEFENDANT(S) :

VICTIM DISCLOSURE STATEMENT PURSUANT TO
Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure **Fred Parker Space/Space Farms, Inc.**, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity. **Yes**
   **Private Business**

2. List below any parent corporation or state that there is no such corporation:
   **None**

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
   **None**

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_Fred Parker_
Signature

Date: **6-26-23**