**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**         :

    **v.**         :         **3:23-CR-149**

**DAMIEN BOLAND (2)**         :
**ALFRED ATSUS (3)**
**JOSEPH ATSUS (4)**         :

    **Defendants**         :

## O R D E R

Presently before the court is Defendants' Joint Motion to Continue Deadline to File Pretrial Motions, Jury Selection and Trial. (Doc. 48). The Motion is **GRANTED** as to the Defendants listed above.

The parties shall have until **November 17, 2023** to file any Pretrial Motions and Motions *in Limine* in this case.

Final Pretrial Conference is scheduled to occur on **Wednesday, December 27, 2023 at 11:30 a.m.** with Jury Selection and Trial to commence on **Tuesday, January 16, 2024 at 9:30 a.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3.

The court finds that this continuance of time outweighs the best interests of the public and the defendant in a speedy trial, and that the

appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) and (7)(A).

*s/Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated: September 12, 2023**
23-149-04