**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **3:23-CR-149** |
| **DAMIEN BOLAND (2)** | : | |
| **ALFRED ATSUS (3)** | | |
| **JOSEPH ATSUS (4)** | : | |
| **Defendants** | : | |

## O R D E R

Presently before the court is Defendants' Joint Motion to Continue Deadline to File Pretrial Motions, Jury Selection and Trial. (Doc. 54). The Motion is **GRANTED** as to the Defendants listed above.

The parties shall have until **January 12, 2024** to file any Pretrial Motions and Motions *in Limine* in this case.

Final Pretrial Conference is scheduled to occur on **Tuesday, February 20, 2024 at 11:30 a.m.** with Jury Selection and Trial to commence on **Monday, March 11, 2024 at 9:30 a.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3.

The court finds that this continuance of time outweighs the best interests of the public and the defendant in a speedy trial, and that the

appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C.

§3161(h)(6) and (7)(A).

s/Malachy E. Mannion
**Malachy E. Mannion**
**United States District Judge**

**Dated: November 13, 2023**
23-149-05