IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 3:23-cr-00149-02-MEM |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| DAMIEN BOLAND. | : | (Electronically Filed) |

## ORDER

AND NOW, this __21st__ day of November, 2022, upon consideration of the foregoing Unopposed Motion to Modify Conditions of Release, it is hereby **ORDERED AND DECREED** that:

1. the Motion is **GRANTED**,

2. the Court's June 16, 2023 Order, setting conditions of release, is **MODIFIED** to permit Defendant to possess:

   a. a firearm in connection with supervising his minor stepson while his stepson is hunting, and

   b. a weapon to permit Defendant to hunt during archery seasons.

Saporito, M.J.