# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, AND | : | |
| JOSEPH ATSUS. | : | JUDGE MANNION |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

### DEFENDANT DAMIEN BOLAND, ALFRED ATSUS, AND JOSEPH ATSUS' MOTION TO REQUEST THE COURT AUTHORIZE THE DISTRIBUTION OF A WRITTEN JUROR QUESTIONNAIRE IN ADVANCE OF JURY SELECTION

Defendants Damien Boland, Alfred Atsus, and Joseph Atsus, by and through their undersigned counsel, hereby move for an order approving the questionnaire attached hereto as Exhibit "A" to be mailed to prospective jurors, filled out, and returned to the Clerk before the start of jury selection. In support of their Motion, the Defendant's rely on their supporting Memorandum of Law being filed simultaneously herewith.

Respectfully submitted,

/s/Jason J. Mattioli
Jason J. Mattioli
The Mattioli Law Firm
425 Biden Street, Suite 300
Scranton, PA 18503
(570) 880-7389

*Attorney for Defendant, Alfred Atsus*

/s/Matthew L. Clemente
Matthew L. Clemente
88 N. Franklin Street
Second Floor
Wilkes-Barre, PA 18701
(570) 266-8986

*Attorney for Defendant,
Damien Boland*

/s/ Patrick A. Casey
Patrick A. Casey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

*Attorney for Defendant, Joseph Atsus*

Date: July 12, 2024

## **CERTIFICATE OF NON-CONCURRENCE**

I, Patrick A. Casey, certify that I sought the concurrence of Assistant United States Attorney James Buchanan in this Motion.  Mr. Buchanan does not concur in this Motion. Counsel sought the concurrence of co-counsel, Ernie D. Preate, Esq, on July 12, 2024, and will supplement the Court with his response.

/s/ Patrick A. Casey
Patrick A. Casey

Date:  July 12, 2024

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Motion to Request the Court Authorize the Distribution of a Written Juror Questionnaire in Advance of Jury Selection was served upon the counsel of record via the Court's ECF system on this 12th day of July 2024:

> James Buchanan, Esquire
> United States Attorney's Office
> 235 North Washington Avenue
> Suite 311
> Scranton, PA 18501
>
> Ernest D. Preate Jr., Esquire
> 120 South State Street
> Clarks Summit, PA 18411

/s/ Patrick A. Casey
Patrick A. Casey