IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, AND | : | |
| JOSEPH ATSUS. | : | JUDGE MANNION |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this __ day of July, 2024, upon consideration of Defendants Joint Motion in *Limine* to Exclude Evidence of Firearm Recovered from Damien Boland's Aunt and any response thereto, it is hereby ORDERED that the Defendants' Motion is GRANTED. The Government shall be precluded from offering at trial any evidence of a firearm recovered from Damien Boland's Aunt.

 

 

Malachy E. Mannion
United States District Judge

5