

## SpacePTD

**From:** "Parker & Jill Space" <parker68@ptd.net>
**To:** <spacefar@ptd.net>
**Sent:** Thursday, June 29, 2006 7:49 AM
**Subject:** Fw: guns

----- Original Message -----
**From:** Parker & Jill Space
**To:** home
**Sent:** Wednesday, June 28, 2006 9:58 PM
**Subject:** Fw: guns

----- Original Message -----
**From:** Leon Castner
**To:** Parker & Jill Space
**Sent:** Wednesday, June 28, 2006 4:09 PM
**Subject:** Re: guns

*[handwritten: Dragoon ↙]*

One of the stolen ones might have been #373, Colt Single Action Army 45 Cal with Mexican Silver & 18K Gold Grips-s/n#233195A. I'm not sure about the other 2. I need a better description. The weapons were originally numbered by case but then separated by category and I'm having a difficult time finding them. Unfortuately the original notes which went room by room and area by area (including the wall case in question)-were destroyed after I came up a month ago. I didn't see the point in keeping them after 20+ years-particularly since we had the hard copy. Appraisals are now kept only for 5 years and then destroyed-which is why I explained you might think of updating at least the vehicle and weapon sections of the museum.

I will continue to search but need your best "remembrance" of what was taken. It might help. We'll have to do it by a process of elimination.
Leon

PS Are you sure you have the Paterson, NJ Colt 28 Cal.? The "Walker" Colt was a 44 Cal. 6 Shot with s/n #1 (we believe this to be incorrect).

*[handwritten: ↑ no search it]*

Leon Castner-ISA CAPP, AAA
Certified Appraiser & Educator
Senior Partner-National Appraisal Consultants LLC
Home Office-Wilmington, NC 28409

----- Original Message -----
**From:** Parker & Jill Space
**To:** Leon Castner
**Sent:** Wednesday, June 28, 2006 3:05 PM
**Subject:** guns

Hi Leon, here are the #'s for the guns we have.
000372, 000363, 000321, 000397, 000343, 000350, 000376 and the matching gun to 000376 is here but has no #

Thank You! Jill

**GOVERNMENT EXHIBIT C**

6/29/2006